UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Ronald Bolanos,

Defendant.

17-cr-339 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Mr. Bolanos' motion for compassionate release based on the COVID-19 pandemic. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Lorraine Gauli-Rufo is hereby appointed to represent Mr. Bolanos on his compassionate release motion. Within two weeks of the date of this order, Ms. Gauli-Rufo should provide the Court with a status update that addresses among other things whether she will file a submission supplementing Mr. Bolanos' initial motion.

The Clerk of Court is respectfully directed to mail this Order to Mr. Bolanos.

SO ORDERED.

Dated: July 24, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1