UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2020
```

United States of America,

–v–

Ronald Bolanos,

                Defendant.

17-cr-339 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       On July 24, 2020, the Court appointed Lorraine Gauli-Rufo to represent Mr. Bolanos on his compassionate release motion and directed Ms. Gauli-Rufo to provide the court with a status update within two weeks. Dkt. No. 303. As of this date, the Court is not in receipt of that status update. Ms. Gauli-Rufo is directed to comply with the Court's July 24, 2020, order by August 24, 2020.

       SO ORDERED.

Dated: August 17, 2020
       New York, New York

                                                               _____
                                                                ALISON J. NATHAN
                                                             United States District Judge