UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2020

United States of America,

–v–

Ronald Bolanos,

Defendant.

17-cr-339 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Defendant's supplement to his motion for compassionate release filed August 20, 2020. The Government is hereby ordered to respond to the motion by August 28, 2020. The Defendant may file a reply by September 4, 2020.

SO ORDERED.

Dated: August 21, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge