```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                                   :
UNITED STATES OF AMERICA           :      ORDER GOVERNING
                                   :      CONDITIONS OF RELEASE
        -v.-                       :
                                   :      17 Cr. 339 (AJN)
RONALD BOLANOS,                    :
                                   :
                Defendant.         :
                                   :
---------------------------------- x

ALISON J. NATHAN, District Judge:

WHEREAS this Court has granted the application of RONALD BOLANOS, the defendant, for compassionate release, pursuant to 18 U.S.C. § 3582(c);

WHEREAS this Court has directed that RONALD BOLANOS, the defendant, be released from custody immediately;

WHEREAS this Court, through its Opinion & Order dated September 17, 2020, has resentenced RONALD BOLANOS, the defendant, to time served plus 48 months of supervised release under the conditions in the original judgment, and has imposed the mandatory, standard, and special conditions of supervised release from BOLANOS's original sentence as well as an additional condition of supervised release of 12 months of home detention;

WHEREAS this Court directs RONALD BOLANOS, the defendant, to self-isolate for a period not less than 14 days, consistent with the safety of the community;

1

IT IS HEREBY ORDERED:

1. The Bureau of Prisons shall release RONALD BOLANOS, the defendant, immediately and in any event no later than Friday, September 18, 2020;

2. RONALD BOLANOS, the defendant, shall upon release self-isolate at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ by having no more than the minimum necessary and practicable contact with any other individuals for 14 days following the date of his release from custody;

3. The mandatory conditions, standard conditions, and special conditions of supervised release from the original sentence of RONALD BOLANOS, the defendant, shall be imposed upon his release from custody; and

4. RONALD BOLANOS, the defendant is ordered to serve 12 months of his term of 48 months of supervised release under home detention.

Dated:   New York, New York
         September 17, 2020

                                                        */s/ Alison J. Nathan*
         _____
         HONORABLE ALISON J. NATHAN
         UNITED STATES DISTRICT JUDGE